**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

CHARLES JEROME SMITH,

        Plaintiff,

vs.                               CASE NO. 5:09cv230/RS-MD

SHAWN BUTLER, et al,

        Defendants.

_____/

## <u>ORDER</u>

Before me is the Magistrate Judge's Report and Recommendation (Doc. 12).

Plaintiff has not filed objections.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and
incorporated by reference in this Order.

2.     This case is dismissed without prejudice as malicious pursuant to 28
U.S.C. §1915(e)(2)(B)(i) because of Plaintiff's abuse of the judicial
process.

3.     The clerk is directed to close the file.


**ORDERED** on March 29, 2010.


                           /S/ Richard Smoak
                           **RICHARD SMOAK**
                           **UNITED STATES DISTRICT JUDGE**