# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CHARLES JEROME SMITH,
    Plaintiff,

vs.                                                      CASE NO. 5:09-cv-230/RS/MD

SHAWN BUTLER, et al.,
    Defendants.
_____/

## ORDER

Plaintiff's Motion for Reconsideration (Doc. 16) and Motion to Appoint Counsel (Doc. 17) are **denied**.

**ORDERED** on April 28, 2010.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**